**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7690**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COURTNEY HUGH WALKER, a/k/a Gary Walker,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., Chief District Judge.  (CR-94-18, CA-96-293-2)

---

Submitted:  May 1, 1997           Decided:  May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Courtney Hugh Walker, Appellant Pro Se.  Douglas Cannon, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Walker, Nos. CR-94-18; CA-96-293-2 (M.D. N.C. Jan. 8, 1997).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We interpret Walker's informal brief filed on January 28, 1997, to serve as his notice of appeal of the January 8, 1997, district court order. Walker's informal brief may serve as a notice of appeal because it was filed within the appeal period of the January 8, 1997, order and meets the Fed. R. App. P. 3(c) content requirements. See Smith v. Barry, 502 U.S. 244, 248-49 (1992).